FILED
2005 OCT 26 AM 8:53
DANIEL M LAVILLE CLERK
U.S. BANKRUPTCY COURT
WEST. DIST. OF MICH.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN - GRAND RAPIDS

In re:

Tricia J Wirth

Debtor(s)

Account Number:9055382411888

Case # : 05-09190

Chapter 7

Judge

## REAFFIRMATION AGREEMENT

Pursuant to 11 U.S.C. 524(c), Debtor(s) Tricia J Wirth (hereinafter 'Debtor') and NATIONAL CITY MIDWEST (hereinafter 'Creditor') freely and voluntarily enter into this Reaffirmation Agreement.

Debtor hereby reaffirms Debtor's indebtedness due Creditor, as evidenced by Security Agreement, which are attached hereto and incorporated herein. The amount of the indebtedness reaffirmed is $ 14433.45, plus interest if applicable, and is payable in accordance with the terms of the Security Agreement. Additionally, without otherwise modifying any of the terms of the Security Agreement or waiving any default provisions contained in the Security Agreement, Debtor shall pay Creditor arrearages in the amount of $ 0 on or before the discharge date.

Debtor(s) also agrees to and understands the following:

(a) Except as expressly set forth herein, the terms of Security Agreement attached hereto shall remain in full force and effect and this Reaffirmation Agreement shall not alter the terms contained herein;

(b) The indebtedness reaffirmed shall continue to be secured by 2000 Ford Excursion, as all such security interests and liens shall remain in full force and effect against Debtor;

(c) **THIS REAFFIRMATION AGREEMENT MAY BE RESCINDED AT ANY TIME BY DEBTOR PRIOR TO DISCHARGE OR WITHIN (60) DAYS AFTER THIS REAFFIRMATION AGREEMENT IS FILED WITH THE COURT, WHICHEVER OCCURS LATER, BY GIVING WRITTEN NOTICE OF SUCH RESCISSION TO CREDITOR AT THE FOLLOWING ADDRESS: NATIONAL CITY CONSUMER LOAN SERVICES, P. O. BOX 94982, MAIL LOCATOR 01-7114, CLEVELAND, OH 44141;**

1

(d) If Debtor rescinds this Reaffirmation Agreement, Creditor shall be entitled to the remedies available to it, including taking possession of its collateral, if any, and this provision shall be unaffected by any exercise of a right of rescission;

(e) If Debtor rescinds this Reaffirmation Agreement, Creditor shall retain any and all payments made by the Debtor as payment to adequately protect Creditor's collateral or as voluntary payments on the above referenced indebtedness;

(f) In executing this Reaffirmation Agreement, Debtor hereby accepts the aforementioned indebtedness from any discharge that may be granted in this matter; and

(g) **THE DEBTOR ACKNOWLEDGES THAT THIS REAFFIRMATION AGREEMENT IS VOLUNTARY AND THAT THIS REAFFIRMATION AGREEMENT IS NOT REQUIRED UNDER THE BANKRUPTCY CODE, UNDER NONBANKRUPTCY LAW OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH THE PROVISIONS OF 11 U.S.C. 524(C);**

(h) Debtor agrees and acknowledges that the value of the collateral, if any, is at least equal to the principal balance reaffirmed above; and

(i) Debtor acknowledges that Debtor has been fully informed by counsel of the legal effect and consequences of entering into this Reaffirmation Agreement, as well as the legal effect and consequences of any default occurring after this execution of this Reaffirmation Agreement, pursuant to the provisions of the Bankruptcy Code.

By executing this Reaffirmation Agreement, Debtor further acknowledges that Debtor has received a copy of this Reaffirmation Agreement and all attachments hereto and that Debtor has entered into this Reaffirmation Agreement prior to any discharge which may be granted in this matter.

**IN WITNESS WHEREOF** Debtor and Creditor (through its duly authorized representative) have executed this Reaffirmation Agreement this ___7___ day of ___OCTOBER___ of 200_5_.

NATIONAL CITY MIDWEST

By: _____

Title: _____

_____
Debtor

_____
Debtor

_____
Debtor

2

ELIZABETH PORTER-ZIELSKE
NOTARY PUBLIC, MECOSTA COUNTY, MI
ACTING IN _____ COUNTY MI
MY COMMISSION EXPIRES AUGUST 5, 2010

## DECLARATION OF COUNSEL

I serve as legal counsel for Debtor(s) Tricia J Wirth and N/A and N/A ('Debtor') identified above and specifically represented Debtor in the course of negotiating the above Reaffirmation Agreement (the 'Agreement'). The Agreement represents a fully informed and voluntary agreement by Debtor who has been fully advised of the legal effect and consequences of an agreement of the kind in 11 U.S.C. 524(c)(3) and any default under such an agreement. The Agreement does not impose an undue hardship on Debtor or a dependent of Debtor.

_10/10/05_
Date

_[signature]_
Attorney for Debtor(s)