# AURORA LOAN SERVICES

601 FIFTH AVENUE • P.O. BOX 1706 • SCOTTSBLUFF, NE 69363-1706
PHONE: 800-550-0508 • FAX: 308-630-6700

March 08, 2006

0016944324BK50203-08-06

JAMES W BOYD
412 SOUTH UNION ST
TRAVERSE CITY MI 49684

FILED

2006 MAR 17 PM 9:43

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST. DIST. OF MICH.

Re: Tricia J Wirth
    Case No. 05-09190
    Loan No. 0016944324

Dear Sir/Madam:

Please be advised that effective May, 2006 the debtor's loan payment will change to $ 1460.41.

This change is due to a routine annual escrow analysis that was completed on this account. Please adjust your records accordingly.

Should you have any questions regarding this notice, feel free to contact our Bankruptcy Department at the address above or by calling 800-550-0509.

Bankruptcy Department
Aurora Loan Services


cc:  U.S. BANKRUPTCY COURT
     WESTERN DISTRICT
     ONE DIVISION NW

     GRAND RAPIDS MI 49501


EQUAL HOUSING LENDER    AURORA LOAN SERVICES LLC.